**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DAVID TURSI,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                    Defendant. | Case No.  18-cv-04863-BLF<br><br>**ORDER REASSIGNING TO<br>MAGISTRATE JUDGE** |

Both parties have voluntarily consented to have a magistrate judge conduct all further proceedings in this case.  ECF 8, 10.  Accordingly, the Court DIRECTS the Clerk to reassign the case to a magistrate judge.


**IT IS SO ORDERED.**


Dated: September 26, 2018

_____
BETH LABSON FREEMAN
United States District Judge